IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00533-RPM

ZEE MEDICAL, INC., and
McKESSON CORPORATION,

        Plaintiffs,

v.

MICHELLE MILLER and
FIRST AID 2000, LLC,

        Defendants/Counterclaim Plaintiffs,

v.

ART RECEK and
BETSY CRAIG,

        Counterclaim Defendants.
_____

## ORDER OF DISMISSAL
_____

Upon considering the Stipulation to Dismiss with Prejudice, filed on October 12, 2005, it is

ORDERED that the complaint, counterclaim, and action are dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: October 12th, 2005.

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge